# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE RENCHER, JR., | ) |
| Plaintiff, | ) Case No.  2:11-cv-01040-RCJ-GWF |
| vs. | ) **ORDER** |
| STATE OF NEVADA, *et al.*, | ) |
| Defendants. | ) |

Plaintiff filed a civil rights complaint in state court, which defendants removed.  Before the court is plaintiff's "motion for relief from order" (docket #10).  In his motion, plaintiff points out that the Order regarding informal settlement discussions (docket #10) incorrectly refers to the $350 filing fee.  Accordingly, the court clarifies that even if the parties do not settle during the ninety-day stay, no filing fee will be due in this removed action.

**IT IS THEREFORE ORDERED** that plaintiff's motion for relief from order (docket #10) is **GRANTED**.  The court clarifies that if the parties are unable to settle during the ninety-day stay, no filing fee will be due in this removed action.

DATED:  August 8, 2011.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE